AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Swiss Brand Limited, Inc., a Panama corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| *Plaintiff(s)* | | |
| v. | | Civil Action No. 1:20-cv-21095-FAM |
| Wenger S.A., a Swiss corporation | | |
| *Defendant(s)* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Wenger S.A.
Route de Bale 63
Delemont, CH-2800
SWITZERLAND


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Steven I. Peretz, Esq.
Peretz Chesal & Herrmann, P.L.
2 South Biscayne Blvd.
Suite 3700
Miami, Florida 33131


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date:   03/12/2020

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Janier A.*
Deputy Clerk
U.S. District Courts